USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MISAEL CRUZ SANTOS, et al.,
                                  Plaintiffs,

               -against-

WHOLESOME FACTORY INC., et al.,
                                 Defendants.
------------------------------------------------------------ X

19 Civ. 5335 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is ORDERED that the parties shall file final settlement materials for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by December 27, 2019.

Dated: December 13, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE