USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/20/2019

# CILENTI & COOPER, PLLC

## ATTORNEYS AT LAW

10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

December 20, 2019

**BY ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED.   The parties shall file final settlement materials for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by January 10, 2020.

Dated: December 20, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

> **Re:**    *Santos, et al. v. Wholesome Factory Inc., et al.*
> *Case No. 19-CV-5335 (LGS) (KNF)*

Dear Judge Schofield,

We are counsel to the plaintiffs in the above-referenced Fair Labor Standards Act matter. Pursuant to the Court's Order, the parties are directed to file their settlement papers for review and approval by December 27, 2019.  Please accept this letter as plaintiffs' request for an extension of time to file that material.

The parties remain engaged in finalizing the written settlement agreement, and the undersigned will be out of the office from December 23, 2019 through January 1, 2020. Accordingly, it requested that the parties be given until January 10, 2020 to make their submission.  Defendants consent to this request.

No prior request for similar relief has been made.

Respectfully submitted,

Justin Cilenti

cc: Sean Kwak, Esq. (by ECF)