UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MISAEL CRUS SANTOS, et al.,

                Plaintiffs,

-against-

WHOLESOME FACTORY INC., et al.,

                Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/14/2020

19 Civ. 5335 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 10, 2020, the parties filed a joint letter motion for approval of a proposed settlement under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). It is hereby

**ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation. *See Cheeks*, 796 F.3d at 206–07; *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining the factors that district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that Plaintiffs' counsel's request for $52,828.00 as reasonable attorneys' fees is **GRANTED**. The remainder of the settlement shall be distributed to Plaintiffs.

Dated: January 14, 2020
New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE